UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 21-CV-173-CVE-CDL |
| ) | |
| **MATRIX SERVICES, INC.,** ) | |
| **KEYERA ENERGY, INC., and** ) | |
| **FIDELITY DEPOSIT COMPANY OF** ) | |
| **MARYLAND,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter comes on for consideration of Plaintiff's Motion to Transfer Case to the Western District of Oklahoma and Memorandum of Law in Support (Dkt. # 6). On April 16, 2021, plaintiff filed this case alleging that it was a subcontractor that provided services to defendants, but plaintiff claims that it has not been paid in full for its services. After filing the case, plaintiff learned that the property that is subject to a mechanic's lien is located in Lincoln County, Oklahoma, which is part of the Western District of Oklahoma, and plaintiff asks the Court to transfer the case to the Western District under 28 U.S.C. § 1404(a). The Court has reviewed plaintiff's motion (Dkt. # 6) and finds that it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Transfer Case to the Western District of Oklahoma and Memorandum of Law in Support (Dkt. # 6) is **granted**, and the Court Clerk is directed to **transfer** this case to the Western District of Oklahoma.

**DATED** this 3rd day of May, 2021.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE